LAW OFFICES

# ARENSON, DITTMAR & KARBAN

200 PARK AVENUE
SUITE 1700
NEW YORK, N.Y. 10166

FACSIMILE
(212) 682-0278

TELEPHONE
(212) 490-3600

December 10, 2021

**VIA ECF**

Hon. Edward S. Kiel
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 070101

      Re:  *Mirabal, et al. v. Caribbean Car Wash, Inc., et al.*
         Docket No.: 19-cv-16608 (ESK)

Dear Judge Kiel:

  We represent Plaintiffs Rigoberto Andux Mirabal, Gabriel Cano Arango, Yoan Aquino Martinez, Lucas Pedronzo Toledo, Julio Cesar Ochoa, Nelson Batista Corbo, William Ricardo Antunez Valdez, and the Estate of Carlos Alberto, the class and collective, along with another fourteen plaintiffs who have consented to join the collective in the above-referenced FLSA/NJWHL action. I write with the permission of Defendants' counsel to request a one-week extension of the deadline to file the motion for final approval of the settlement currently scheduled for December 17, 2021 per the Court's July 22, 2021 Order (Dkt. No. 65). This is our first request for an extension of this deadline. If the extension is approved, the new deadline would be December 24, 2021.

  Thank you for your consideration.

                    Respectfully,

                    s/  Avi Mermelstein

cc: Victor A. Deutch, Esq. (via ECF)