UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| RIGOBERTO ANDUX MIRABAL, GABRIEL CANO ARANGO, YOAN AQUINO MARTINEZ, LUCAS PEDRONZO TOLEDO, JULIO CESAR OCHOA, NELSON BATISTA CORBO, WILLIAM RICARDO ANTUNEZ VALDEZ, and THE ESTATE OF CARLOS ALBERTO on behalf of themselves and all others similarly situated who were employed by Caribbean Car Wash, Inc.<br><br>      **Plaintiffs,**<br>- against - <br><br>CARIBBEAN CAR WASH, INC., ULPIANO RODRIGUEZ, ROBERTO RODRIGUEZ, and OMAR RODRIGUEZ,<br><br>      **Defendants,** | <u>Civil Action</u><br><br>Case No.: 19-cv-16608 |

---

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS AND COLLECTIVE SETTLEMENT AND RELATED RELIEF**

  **PLEASE TAKE NOTICE,** that Plaintiffs Jean Rigoberto Andux Mirabal, Gabriel Cano Arango, Yoan Aquino Martinez, Lucas Alberto Pedronzo Toledo, Julio Cesar Ochoa, Nelson Batista Corbo, William Ricardo Antunez Valdez, and the Estate of Carlos Alberto on behalf of themselves and a putative collective of similarly situated individuals, will move before the Honorable Edward S. Kiel, U.S.M.J. on January 13, 2022 or as soon thereafter as counsel may be heard for an Order (i) granting final approval of the class and collective action settlement; (ii) granting Class Counsel its requested attorneys' fees of $333,333.33 representing one third of the Settlement Fund; (iii) reimbursing Class Counsel for its litigation costs in the amount of $6,823.69; (iv) granting SSI its fees and costs incurred in administering the settlement to be paid

from the Settlement Fund; and (v) granting all other relief the Court deems appropriate. Plaintiffs submit with this motion a supporting Memorandum of Law, a declaration from Avi Mermelstein with exhibits thereto, and a declaration from Robert Hyte of Settlement Services, Inc. with an exhibit thereto.

Dated: New York, New York
December 24, 2021

Respectfully submitted,
ARENSON, DITTMAR & KARBAN

_____/s/_____
By: Avi Mermelstein
Attorneys for Plaintiffs
200 Park Avenue, Suite 1700
New York, New York 10166
avi@adklawfirm.com
(212) 490-3600


To: Victor A. Deutch, Esq.
1000 U.S. Highway 9 North, Ste 204
Woodbridge, NJ 07095
(732) 636-4200 X 208
vdeutch@deutchassociates.com

2

**CERTIFICATION OF SERVICE**

I, Avi Mermelstein, certify that a copy of Plaintiffs' motion for final approval of class and collective settlement was served electronically by the generation and transmission of Notice of Electronic Filing on December 24, 2021 upon:

Victor A. Deutch, Esq. (ECF Filing User)
1000 U.S. Highway 9 North, Ste 204
Woodbridge, NJ 07095
vdeutch@deutchassociates.com

Dated: New York, New York
December 24, 2021

ARENSON, DITTMAR & KARBAN

_____/s/_____
By: Avi Mermelstein
Attorneys for Plaintiffs
200 Park Avenue, Suite 1700
New York, New York 10166
avi@adklawfirm.com
(212) 490-3600